1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

UNITED STATES OF AMERICA,

Plaintiff,

11

vs.

12

TRACY K. BATTLES,

13

Defendant.

14

15

Case No.  CR01-0309L

ORDER DENYING REQUEST
FOR APPOINTMENT OF NEW
COUNSEL

16

17

The Court, having found that there are no matters pending that require counsel, DENIES

18

defendant's request for appointment of new counsel.

19

20

DATED this 10th day of March, 2006.

21

22

*Robert S. Lasnik*

23

Robert S. Lasnik
United States District Judge

24

25

26

27

28

ORDER DENYING REQUEST FOR APPOINTMENT
OF NEW COUNSEL - 1